### 12733. GATLIN *v.* THE STATE.

BROYLES, C. J. 1. On the trial of one charged with having intoxicating liquor in his possession, where the evidence showed that two policemen arrested him in the city of Thomasville and took some whisky from his person, it was not error to allow the arresting officers to testify that the defendant was drunk when they took the whisky from him, they testifying that "the defendant was drunk and disorderly in our presence and violating a city ordinance, and we arrested him for violation of city ordinance." The evidence that he was drunk was relevant for the purpose of showing that his arrest was legal, and therefore that the evidence as to the finding of whisky on his person was legal and admissible against him.

2. The evidence demanded the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 17, 1921.

Accusation of possessing intoxicating liquor; from city court of Thomasville — Judge W. H. Hammond. June 15, 1921.

*James B. Burch,* for plaintiff in error.

---

### 12735. WILLIAMS *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial. There is evidence to support the verdict, which has the approval of the judge who tried the case, and this court will not interfere. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 17, 1921.

Accusation of wife-beating; from city court of Thomasville — Judge W. H. Hammond. July 9, 1921.

*B. B. Earle,* for plaintiff in error.

---

### 12747. BENNETT *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds, and, as the finding of the jury was authorized by the evidence and approved by the trial judge, this court is without authority to interfere. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 17, 1921.

Indictment for assault with intent to murder; from Richmond superior court — Judge Henry C. Hammond. July 16, 1921.

*C. A. Picquet, T. S. Lyons,* for plaintiff in error.

*A. L. Franklin, solicitor-general, John M. Graham,* contra.